UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC ANTHONY LOWELL ENDSLEY, et al., | No. C 14-1718 NC (PR) |
| Plaintiffs, | **ORDER OF TRANSFER** |
| v. | |
| JERRY BROWN, | |
| Defendant. | |
| _____ / | |

Plaintiffs have filed a pro se civil rights action pursuant to 42 U.S.C. § 1983 complaining of conditions at Atascadero State Hospital, in Atascadero, California. Atascadero State Hospital is located in San Luis Obispo County, within the venue of the Central District of California. See 28 U.S.C. § 84(c). No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District. Venue therefore is proper in the Central District, and not in this one. See 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Central District of California. The Clerk of the Court is directed to transfer the case forthwith. In view of the transfer, the Court will not rule upon plaintiffs' request for leave to proceed in forma pauperis or plaintiffs' motion to appoint counsel.

IT IS SO ORDERED.

DATED: April 16, 2014

NATHANAEL M. COUSINS
United States Magistrate Judge