**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARC ANTHONY LOWELL ENDSLEY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF CALIFORNIA, <br><br> Defendant. | Case No. CV 14-3091 UA (SS) <br><br> **ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  The time for filing Objections to the Report and Recommendation has passed and no Objections have been received.  Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge.

\\

\\

\\

\\

1     **IT IS ORDERED** that: (1) Plaintiff Marc Anthony Lowell
2 Endsley is deemed a vexatious litigant; (2) Plaintiff's pending
3 request for IFP status is DENIED (Dkt. No. 9); (3) the Clerk of
4 the Court shall not file any civil complaint, habeas petition or
5 IFP application by Endsley unless Endsley has filed a motion for
6 leave to file a complaint, habeas petition or IFP application and
7 a Judge of this Court has granted the leave requested;
8 (5) Endsley must submit a copy of the Court's vexatious litigant
9 order and a copy of the proposed filing with any motion seeking
10 leave of court to file a new action; and (6) if the Court does
11 not grant Endsley written permission to file the requested new
12 action within thirty days of the date of his motion, permission
13 will be deemed denied.

15     IT IS FURTHER ORDERED that the Clerk serve copies of this
16 Order on Plaintiffs at their current address of record.

18 DATED: 10/16/14

                                            DALE S. FISCHER
                                            UNITED STATES DISTRICT JUDGE