1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                  **CENTRAL DISTRICT OF CALIFORNIA**

10

11  | MARC ANTHONY LOWELL ENDSLEY, et al., | Case No. CV 14-3091 UA (SS) |
    |---|---|

12                          Plaintiffs,

13                                          **JUDGMENT**

14        v.

15  STATE OF CALIFORNIA,

16                          Defendant.

17

18       IT IS HEREBY ADJUDGED that the above-captioned action is

19  dismissed without prejudice.

20

21  DATED:  10/16/14

22                                 DALE S. FISCHER
                                   UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28